Supreme Court of Pennsylvania.

June 5, 2014.

**CITY OF PHILADELPHIA, Petitioner**

v.

**CITY OF PHILADELPHIA TAX RE-VIEW BOARD TO the USE of KEY-STONE HEALTH PLAN EAST, INC., Respondent.**

City of Philadelphia, Petitioner

v.

City of Philadelphia Tax Review Board to the Use of Keystone Health Plan East, Inc., Respondent.

City of Philadelphia, Petitioner

v.

City of Philadelphia Tax Review Board to the Use of QCC Insurance Company, Respondent.

City of Philadelphia, Petitioner

v.

City of Philadelphia Tax Review Board to the Use Of QCC Insurance Company, Respondent.

City of Philadelphia, Petitioner

v.

City of Philadelphia Tax Review Board to the Use of Keystone Health Plan East, Inc., Respondent.

City of Philadelphia, Petitioner

v.

City of Philadelphia Tax Review Board to the Use of Keystone Health Plan East, Inc., Respondent.

City of Philadelphia, Petitioner

v.

City of Philadelphia Tax Review Board to the Use of QCC Insurance Company, Respondent.

City of Philadelphia, Petitioner

v.

City of Philadelphia Tax Review Board to the Use of QCC Insurance Company, Respondent.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of June 2014, the Petition and Cross Petition for Allowance of Appeal are **GRANTED.** The issues, as stated by the parties, are:

(1) Was President Judge Pellegrini correct in dissent that the majority's conclusion—that although there is a very strict three-year statute of limitations on requests for tax refunds, there is no statute of limitations at all on requests for tax credits—is "absurd" in that it allows taxpayers to pursue tax overpayments against the City "forever," without any limiting principles whatsoever?

(2) Whether, as a matter of law and equity, the Commonwealth Court correctly upheld the Philadelphia Court of Common Pleas by denying Taxpayers BPT refunds [under the circumstances].[1]

---

1.  The second issue has been shortened only to    delete unnecessary detail.

Supreme Court of Pennsylvania.

June 5, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 5th day of June 2014, the Petition and Cross Petition for Allowance of Appeal are **GRANTED.** The issues, as stated by the parties, are:

(1) Was President Judge Pellegrini correct in dissent that the majority's conclusion—that although there is a very strict three-year statute of limitations on requests for tax refunds, there is no statute of limitations at all on requests for tax credits—is "absurd" in that it allows taxpayers to pursue tax overpayments against the City "forever," without any limiting principles whatsoever?

(2) Whether, as a matter of law and equity, the Commonwealth Court correctly upheld the Philadelphia Court of Common Pleas by denying Taxpayers BPT refunds [under the circumstances].[1]

**Clyde McGRIFF, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, and Gateway Braddock Community Corrections Center, Appellees.**

Supreme Court of Pennsylvania.

June 9, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 9th day of June, 2014, the above-captioned appeal is quashed for failure to file a brief.

**Gregory STOVER, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA., Respondent.**

**No. 45 EM 2014.**

Supreme Court of Pennsylvania.

June 12, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of June, 2014, the Application for Leave to File Original

---

1. The second issue has been shortened only to delete unnecessary detail.